IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SUSAN HENDERSON                                                                                       PLAINTIFF

VS.                                                                               CIVIL ACTION NO. 2:07CV028-M-A

NORTHWEST COMMUNITY COLLEGE                                                         DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause(s) of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be and the same is hereby dismissed with prejudice, with each party bearings its own costs.

SO ORDERED AND ADJUDGED this the 27th day of February, 2008.

                                              **/s/ MICHAEL P. MILLS**
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**
                                              **NORTHERN DISTRICT OF MISSISSIPPI**

Agreed to:


/s/ James D. Harper, Esq.
James D. Harper, Esq. - MSB # 99386
Philip A. Stroud, Esq. - MSB # 99401
Attorneys for Plaintiff


/s/ Amanda M. Urbanek
Silas W. McCharen, Esq. - MSB # 2213
Amanda M. Urbanek, Esq. - MSB # 100425
Attorneys for Northwest Community College
Presented by:

Amanda M. Urbanek, Esq. MSB # 100425
Daniel Coker Horton & Bell, P.A.
265 N. Lamar, Suite R
Post Office Box 1396
Oxford, Mississippi 38655-1396
(662) 232-8979